

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE Northern DISTRICT OF Texas

Fort Worth DIVISION

Sydney Melissa Navarro
Appellant, 46030-177

v.

UNITED STATES OF AMERICA,
Appellee.

CASE NO. 4:16-CV-839-A

PART A

**APPLICATION FOR CERTIFICATE OF APPEALABILITY**

PART A

NOTICE AND INSTRUCTIONS

Your motion for leave to proceed on appeal without prepayment for costs or fees and/or application for a certificate of appealability will be evaluated by the court using these standards:

1. Leave to Proceed Without Prepayment of Costs or Fees. You must meet all of the requirements of the Prisoner Litigation Reform Act, Public Law No. 104-134, 110 Statute 132 (April 26, 1996); Title 28 U.S.C. § 1915. This includes submitting the certified statement of trust accounts and authorization to deduct funds attached to this document.

   All documentation must be completed.

2. Certificate of Appealability. There must be a substantial showing of denial of an important federal right by demonstration that the issues raised are debatable among jurists, that a court could resolve the issues differently, or that the questions deserve further proceedings. Barefoot v. Estelle, 463 U.S. 880 (1983); Lennox v. Evans, No. 96-6041, (10th Cir. June 2, 1996).

   Appellant relies on Haines v. Kerner, 404 U.S. 519, 520 82 S. Ct. 594, 30 L. Ed. 2d 652 (1972) that states in essance that "pro se" pleadings are entitled to more liberal construction and that such pleadings should be given the benefit of those doubts raised in such pleadings. Appellant realizes that she is untrained in the numerous facets of the law and would request that she not be held to the same rigid standards of those required with formal training of the laws and attorneys.

1

# FAILURE TO SET FORTH FACTS AND ARGUMENTS SHOWING THAT YOU MEET THE APPROPRIATE STANDARD WILL SUBJECT YOUR APPEAL TO DISMISSAL WITHOUT FURTHER NOTICE

You may use Part A of this form to furnish a statement of the case, the issues you intend to raise on appeal, and the reasons your appeal meets the applicable standards. The form is intended to guide you in meeting the above standards. If you need more space to answer, additional pages may be attached. The informaiton you furnish, together with the full record of the proceedings in the district court, will be the basis for this court's decision. You should bear in mind that an appeal is not a retrial, but, rather a review of the district court's judgment and record of proceedings.

## APPLICATION AND/OR MOTION

1. Statement of the Case. (This should be a brief summary of the proceedings in the district court.) Defendant was convicted of 21 USCS 84 and as a result was sentenced to 324 mths. However a 18 USCS 3582 was granted to amend such to 275 mths.

2. Issues to be raised on Appeal. (New issues cannot be raised for the first time on appeal.) USSG 3B1.2, Violative error of due process, violation of 6th + 8th amendment, fundamental defects of procedural + judicial procedures.

3. Summary of your argument showing that your Appeal meets the standards stated on Page 1. That defendant was denied rights that were essential in the prosecutorial process and elements that are essential for conviction were not presented.

4. Do you think the district court applied the wrong law? If so, what law do you want applied? Yes, USSG 3B1.2 as the newly discretionary law just became available and was enacted after the defendants conviction became final.

5. Did the district court incorrectly decide the facts? If so, what facts? Yes the defendant was simply paid to do a certain task, with no leadership role and an act of conspiracy in which she withdrew from with notification to members of the conspiracy as indicated and required.

2

6. Did the district court fail to consider important grounds for relief? If so, what grounds? Yes, the actual role of defendant and the part she played in the conspiracy.

7. Do you feel that there are any other reasons why the district's court judgment was wrong? If so, what? Yes USSG 3B1.2 which was a newly imposed statute that was just enacted.

8. What action do you want this court to take in your case? To review, de-evaluate and reconsider defendants sentence with consideration to vacate and/or reduce defendants sentence based upon such.

9. Were you required to seek and exhaust administrative remedies prior to filing claim in the district court? If yes, what steps did you take to exhaust those remedies? Yes, direct appeal + previous submitted 2255 motion.

_____  
Date

_____  
Name, Register #.  
Appellant, In Propria Persona  
FMC Carswell - Unit  
PO Box 27137  
Fort Worth, Texas 76127-0137

**ATTACHMENTS/**
  **Supporting Certification**
  **Proof of Mailing**

3

Name: Sydney Navarro
Reg. No: 46030-177
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

⇔46030-177⇔
Federal District Court
Ft.Worth Division
501 W 10TH ST
FORT Worth, TX 76102
United States

76102-363799

NORTH TEXAS TX P&DC
DALLAS TX 750
20 SEP 2016 PM 11 L



RECEIVED
2016 SEP 22  AM 11: 34
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

CLERK OF COUR.