```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
      FILED

   SEP 22 2016
   11:34 am

CLERK, U.S. DISTRICT COURT
By _____
              Deputy
```

## CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the **FMC Carswell** (name of institution) where **Sydney Melissa Navarro** (name of inmate) Inmate ID No. **46030-177**, is confined as a prisoner, do hereby certify that:

(1) On this day the prisoner has in his account the sum of $ **$342.01**.

(2) During the past six months, the prisoner's:

Average monthly balance was $ **$822.44**.

Average monthly deposits to the prisoner's account were $ **$822.44**.

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the past six months.

Signed this **19th** day of **September**, 20**16**.

_____
Authorized Officer  **Bmurf  Trust Fund Specialist**

**FMC-Carswell**
Institution of Confinement

### Authorization

I, the undersigned inmate, authorize the institution where I am incarcerated to withdraw and forward to the court any initial partial filing fee or appeal fee and any subsequent installments ordered by a Court under the *in forma pauperis* provisions of 28 U.S.C. § 1915.

**Sydney Navarro**
Signature of Prisoner/Plaintiff/Appellant
Institution ID No. **46030-177**

**9-19-2016**

-3-

Date: 09/19/2016  
Time: 11:25:01 AM  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified  

Facility: CRW

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 46030177 | Living Quarter: | I02-256U |
| Inmate Name: | NAVARRO, SYDNEY MELISSA | Arrived From: | OKL |
| Current Site Name: | Carswell FMC | Transferred To: | |
| Housing Unit: | CRW-I-N | Account Creation Date: | 1/3/2014 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CRW | $342.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $342.01 |
| **Totals:** | **$342.01** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$342.01** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance -Prev. 30 Days | Average Balance- Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $4,934.69 | $4,598.73 | $182.28 | $455.39 | $263.35 | N/A | N/A |