U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 23 2016

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SYDNEY MELISSA NAVARRO | § | |
| | § | |
| VS. | § | Civil No.4:16-CV-839-A |
| | § | (Criminal No.4:13-CR-100-A(7)) |
| UNITED STATES OF AMERICA | § | |

ORDER GRANTING MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS

Defendant Sydney Melissa Navarro has filed a motion for leave to proceed on appeal in forma pauperis. After review and consideration of the motion and inmate account certificate, the court concludes the motion should be granted. Therefore,

The court ORDERS that the motion for leave to proceed on appeal in forma pauperis (doc. 7), be and is hereby, GRANTED.

SIGNED September 23, 2016.

_____
JOHN H. McBRYDE
United States District Judge